IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**MONTAEGO DESHUN MAXWELL,**<br><br>Defendant | NO. 5: 06-CR-22 (DF)<br><br>**VIOLATION(S):** Firearms Related |

## O R D E R

Counsel for defendant MONTAEGO DESHUN MAXWELL has filed **a MOTION TO LIFT DETAINER** (Tab #15) along with **DEFENDANT'S WAIVER OF RIGHT TO RELIEF UNDER THE INTERSTATE AGREEMENT ON DETAINERS ACT**. Defendant is currently before this court on a writ from the McEver Probation Detention Center in Perry, Georgia, serving a probation revocation sentence. Counsel requests that his client be returned to the custody of the State of Georgia in order that he might continue serving his sentence in Case No. 99CR049937 from the Superior Court of Bibb County. Assistant U. S. Attorney Michael T. Solis advised the undersigned at the defendant's Initial Appearance hearing that he had no objection to returning him to state custody provided he waive any claim or relief that he might have under provisions of the Interstate Agreement on Detainers Act. Defendant MAXWELL has signed such a waiver with assistance of his counsel.

Accordingly, the U. S. Marshal for the Middle District of Georgia is ORDERED AND DIRECTED to return defendant MONTAEGO DESHUN MAXWELL to the custody of state authorities at the McEver Probation Detention Center in Perry, Georgia from whence he came so that he may continue serving his state probation revocation sentence.

SO ORDERED AND DIRECTED, this 30th day of MARCH, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE